UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2017 NOV 22 PM 3:45
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA
ex rel. LISA WEISS,

    Plaintiff-Relator,

v.

LOCKHEED MARTIN CORPORATION
and LOCKHEED MARTIN INTEGRATED
SYSTEMS, LLC, f/n/a LOCKHEED
MARTIN INTEGRATED SYSTEMS, INC.,
all foreign corporations or entities,

    Defendants.

_____/

CASE NO. 6:17-cv-2030-ORL-41GJK

**FILED UNDER SEAL**

**DO NOT PUT ON PACER**

## RELATOR'S MOTION TO SEAL COMPLAINT PURSUANT TO 31 USC 3730(b)(2)

Comes now, Plaintiff-Relator LISA WEISS ("Relator"), by and through her undersigned counsel, pursuant to Rule 1.09(b) of the Local Rules for the Middle District of Florida, and files this motion to seal the attached False Claims Act Complaint under the authority of Title 31, United States Code, Section 3730(b). In support thereof, Relator states as follows.

1. The items submitted for sealing consist of the False Claims Act Complaint and the Exhibits attached thereto, the accompanying civil cover sheet as well as this motion itself.

2. Section 3730(b) of the False Claims Act requires that any complaint brought by a private person on behalf of the United States pursuant to the False Claims Act be filed in camera and under seal for at least 60 days and not be served on the defendants until the court so orders.

WHEREFORE, Relator respectfully requests that his motion to seal the above mentioned papers be granted for 60 days and for such other relief as may be appropriate.

Dated this 22nd day of November, 2017

By: _____
Stephen J. Calvacca, Esq.
Fla. Bar No. 561495
NeJame Law, P.A.
189 S. Orange Avenue
Suite 1800
Orlando, FL  32801
Phone: 407-500-0000
Fax:    407-245-2980
civilservice@nejamelaw.com
stephen@nejamelaw.com
darlene@nejamelaw.com
Attorney for Plaintiff-Relator

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of November, 2017, that the foregoing document was served by email to Jeremy Bloor, Assistant United States Attorney, United States Attorney's Office, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Jeremy.bloor@usdoj.gov.

By: _____
Stephen J. Calvacca, Esq.