UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2020 MAY 13 PM 3: 3\*
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

**UNITED STATES OF AMERICA ex rel.
LISA WEISS,**

        **Plaintiffs,**

v.                                                    Case No: 6:17-cv-2030-Orl-41GJK

**LOCKHEED MARTIN
CORPORATION, and LOCKHEED
MARTIN INTEGRATED SYSTEMS,
LLC,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the United States' Notice of Election to Decline Intervention ("Notice," Doc. S-19) and the Unopposed Motion to Withdraw as Counsel for Realtor Weiss (Doc. S-20). In its Notice, the United States informs the Court of its election to decline intervention in this action. The United States also requests that the seal in this case be lifted except as to the United States' memoranda submitted in support of its motions for extension of the intervention period and seal. For the reasons stated in the Notice, that request will be granted.

Relator's counsel also moves to withdraw from representation. The request is unopposed, and Relator was given sufficient notice. Thus, the request will be granted. Additionally, because the Relator cannot maintain a qui tam suit under the False Claims Act, 31 U.S.C. § 3729 *et seq.*, without legal representation, *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008), she will be required to obtain substitute counsel.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

S-21

1. The seal is lifted on this case and on all filings therein except the United States' memoranda in support of its motions for extensions of the intervention period, which shall remain under seal.

2. The Unopposed Motion to Withdraw as Counsel for Realtor Weiss (Doc. S-20) is **GRANTED**.

    a. **On or before May 20, 2020**, Counsel is directed to provide Relator with a copy of this Order.

    b. **On or before May 25, 2020,** Counsel shall file a notice of compliance with the Court. Counsel shall also provide the Court with contact information for Relator.

3. **On or before June 12, 2020**, Relator shall obtain new counsel. Failure to do so may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record